**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cr-00579 JAK |
| v. | |
| Matthew Funke | **ORDER RE TRANSFER PURSUANT TO**<br>**GENERAL ORDER 21-01 (Related Criminal Cases)** |
| DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

December 21, 2021
_____
Date

_____
Dolly M. Gee, United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

_____
Date

_____
United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  2:21-cr-00571 DMG _____  and the present case:

☒  A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☐  B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

**Notice to Counsel from Clerk**

On all documents subsequently filed in this case, please substitute the initials _____DMG_____ after the case number in place of the initials of the prior judge, so that the case number will read   2:21-cr-00579 DMG _____ . This is very important because documents are routed to the assigned judge by means of these initials.

cc:  ☐ PSALA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☐ Previous Judge   ☐ Statistics Clerk