TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-3713
    E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

NOTE: CHANGES MADE BY THE COURT

FILED
CLERK, U.S. DISTRICT COURT
Feb 24, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: KT   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-579-DMG |
|---|---|
| Plaintiff, | ORDER CONTINUING CHANGE OF PLEA HEARING |
| v. | |
| MATTHEW FUNKE, | |
| Defendant. | |

    The Court has read and considered the Stipulation to Continue the Change of Plea Hearing for defendant Matthew Funke filed by the parties in this matter on February 22, 2022.

    THEREFORE, FOR GOOD CAUSE SHOWN:

    The hearing date in this matter is continued from February 23, 2022 to **March 16, 2022 at 2:30 p.m.**

    IT IS SO ORDERED.

February 24, 2022
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE