UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 21-579-DMG-1 |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE PURSUANT TO PLEA AGREEMENT [29][30] |
| MATTHEW FUNKE, | |
| Defendant. | |

Upon consideration of the application of Plaintiff, United States of America, for a preliminary order of forfeiture pursuant to the guilty plea to Count One and Two of the two-count Information entered into by defendant MATTHEW FUNKE and, good cause appearing thereon, IT IS HEREBY ORDERED:

**I. FORFEITABLE PROPERTY**

For the reasons set out below, all right, title and interest of defendant MATTHEW FUNKE ("defendant") in the following described property (hereinafter, the "Forfeitable Property") is hereby forfeited to the United States. The Court finds that the government has established the requisite nexus

between the Forfeitable Property and the offense described in Count One and Two of the Information.  The Forfeitable Property is more particularly described as $137,544.00 in United States currency seized from defendant's residence on or about February 7, 2020.

**II. IMPLEMENTATION**

IT IS FURTHER ORDERED as follows:

A.   Upon the entry of this Order, and pursuant to Fed. R. Crim. P. 32.2(b)(3) and 21 U.S.C. § 853, the United States Attorney General (or a designee) is authorized to seize the Forfeitable Property.

B.   Upon entry of this Order, the United States is further authorized to conduct any discovery for the purpose of identifying, locating, or disposing of the Forfeitable Property subject to forfeiture pursuant to this Order, 21 U.S.C. § 853(m) and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure. "Any discovery" shall include all methods of discovery permitted under the Federal Rules of Civil Procedure.

C.   Upon entry of this Order (and at any time in the future after amendment of the applicable order of forfeiture in this matter), the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this and any other Order affecting specific property. The following paragraphs shall apply to any ancillary proceeding conducted in this matter:

(1)   Pursuant to 21 U.S.C. § 853(n)(1) and Supplemental Rule G(4)(a)(iv)(C) of the Supplemental Rules for

1  Admiralty or Maritime Claims and Asset Forfeiture Actions, the
2  government shall forthwith publish for at least thirty (30)
3  consecutive days on an official government website notice of
4  this order and any other Order affecting the Forfeitable
5  Property, and notice that any person, other than the defendant,
6  having or claiming a legal interest in the property must file a
7  petition with the Court within thirty (30) days of the
8  publication of notice or receipt of actual notice, whichever is
9  earlier.  The United States shall also, to the extent
10 practicable, provide written notice to any person known to have
11 an alleged interest in the Forfeitable Property.
12         (2)  Any person other than defendant asserting a legal
13 interest in the Forfeitable Property may, within thirty days of
14 the publication of notice or receipt of notice, whichever is
15 earlier, petition the court for a hearing without a jury to
16 adjudicate the validity of his alleged interest in the property,
17 and for an amendment of the order of forfeiture, pursuant to
18 21 U.S.C. § 853(n)(2).
19         (3)  Any petition filed by a third party asserting an
20 interest in the Forfeitable Property shall be signed by the
21 petitioner under penalty of perjury and shall set forth the
22 nature and extent of the petitioner's right, title, or interest
23 in such property, the time and circumstances of the petitioner's
24 acquisition of the right, title or interest in the property, any
25 additional facts supporting the petitioner's claim, and the
26 relief sought. 21 U.S.C. § 853(n)(3).
27         (4)  The United States shall have clear title to the
28 Forfeitable Property following the Court's disposition of all

third-party interests or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third-party petitions.

    D.    Pursuant to Fed. R. Crim. P. 32.2(b)(3) and defendant's plea agreement, this Preliminary Order of Forfeiture shall become final as to defendant at the time of sentencing and shall be made part of his sentence and included in his judgment.

    E.    The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED: April 22, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

4