UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   vs.<br><br>MATTHEW FUNKE,<br><br>         Defendant. | Case No. CR 21-579-DMG<br><br>**ORDER RE DEFENDANT MATTHEW FUNKE'S *UNOPPOSED EX PARTE* APPLICATION FOR CONTINUANCE OF SENTENCING HEARING [35]** |

GOOD CAUSE HAVING BEEN SHOWN, Defendant Matthew Funke's *ex parte* application for a continuance of his sentencing hearing from August 31, 2022 to **September 14, 2022 at 4:00 p.m.** is GRANTED and defendant Matthew Funke is ordered to appear at that time.

IT IS SO ORDERED.

DATED: August 26, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE