# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – SENTENCING AND JUDGMENT

| Case No. | CR 21-579-DMG | Date | September 14, 2022 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Suzanne McKennon | Jeff P. Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Matthew Funke | ✓ | | ✓ | Nathan J. Hochman | ✓ | | ✓ |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT**   ☐ Contested   ☒ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.  **X**  Refer to separate Judgment Order.
☐ Imprisonment for ___ years/months on each of count(s) _____
    Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of _____ is imposed on each of count(s) concurrent/consecutive.
☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
☐ consecutive/concurrent to count(s) _____
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
    ☐ Perform _____ hours of community service.   ☐ Pay _____ fine amounts & times determined by P/O.
    ☐ Serve _____ in a CCC/CTC.   ☐ Make $_____ restitution in amounts & times determined by PO.
    ☐ Participate in a program for treatment of narcotic/alcohol addiction.
    ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
    ☐ Other conditions: _____
☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
☑ Pay $ 100 per count, special assessment to the United States for a total of $ 200 _____
☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
  with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☑ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commission.   ☐ Processed statement of reasons
☐ Bond Exonerated   ☐ upon surrender   ☐ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____
  at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release #_____
☐ Present bond to continue as bond on appeal.   ☐ Appeal bond set at $ _____
☑ Filed and distributed judgment. ENTERED.
☐ Other: _____

cc:

0:26

**Initials of Deputy Clerk**   KT